# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

FILED
MAR 0 1 2022
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____Kw_____, DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| -vs- | ) ) | No. CR 22-076 SLP |
| JORDAN EUGENE WEBB, | ) ) | Violations: 18 U.S.C. § 922(n) |
| Defendant. | ) ) | 18 U.S.C. § 924(d) 28 U.S.C. § 2461(c) |

## INDICTMENT

The Federal Grand Jury charges:

### COUNT 1
(Illegal Receipt of a Firearm by a Person under Indictment)

Between on or about October 28, 2019, and January 10, 2022, in the Western District of Oklahoma,

---------------------------------- **JORDAN EUGENE WEBB**, ----------------------------------

who was then under Indictment in Oklahoma County District Court Case No. CF-2019-3359 for a crime punishable by imprisonment for a term exceeding one year, to wit: Using a Vehicle to Facilitate the Intentional Discharge of a Firearm, in violation of Okla. Stat., Title 21, Section 652, did willfully receive a firearm, that is, a Smith & Wesson, model SD40, .40 caliber semi-automatic pistol, bearing serial number FBH1401, which was shipped or transported in interstate commerce in that said firearm had crossed state lines to reach the state of Oklahoma.

All in violation of Title 18, United States Code, Section 922(n), the penalty for which is found at Title 18, United States Code, Section 924(a)(1)(D).

## FORFEITURE

The allegations contained in this Indictment are hereby re-alleged and incorporated for the purpose of alleging forfeiture.

Upon conviction of the offense alleged in Count 1 of this Indictment, **JORDAN EUGENE WEBB** shall forfeit to the United States any and all firearms and ammunition involved in the commission of the offense.

The property subject to forfeiture includes, but is not limited to:

1. a Smith & Wesson, model SD40, .40 caliber semi-automatic pistol, bearing serial number FBH1401; and

2. any and all ammunition and magazines not specifically listed.

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

*[signature]*

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

*[signature]*

JACQUELYN M. HUTZELL
Assistant United States Attorney